SHEPPARD MULLIN RICHTER & HAMPTON LLP
NEIL A.F. POPOVIC, Cal Bar No. 132403
DANIEL R. FONG, Cal Bar No. 311985
Four Embarcadero Center, Seventeenth Floor
San Francisco, CA 94111
Telephone:   (415) 434-9100
Facsimile:   (415) 434-3947
E-mail:      npopović@sheppardmullin.com
             dfong@sheppardmullin.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
KENT R. RAYGOR, Cal. Bar No. 117224
VALERIE E. ALTER, Cal. Bar No. 239905
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6017
Telephone:   (310) 228-3700
Facsimile:   (310) 228-3701
E-mail:      kraygor@sheppardmullin.com
             valter@sheppardmullin.com

Attorneys for Plaintiff HEBEI HENGBO NEW MATERIALS TECHNOLOGY CO., LTD., F/N/A HENGBO FINE CERAMICS MATERIALS CO., LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEBEI HENGBO NEW MATERIALS TECHNOLOGY CO., LTD., F/N/A HENGBO FINE CERAMICS MATERIALS CO., LTD., a Chinese limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>**(1) COMPLAINT FOR:**<br>   **(a) ENFORCEMENT OF RESCISSION OF CONTRACT AND FOR CONSEQUENTIAL DAMAGES; AND**<br><br>   **(b) BREACH OF CONTRACT AND THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING;**<br><br>**(2) DEMAND FOR JURY TRIAL.** |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

-1-

SMRH:485205566.4      **PLAINTIFF'S COMPLAINT**

Plaintiff Hebei Hengbo New Materials Technology Co., Ltd., f/n/a Hengbo Fine Ceramics Materials Co., Ltd. ("**Hengbo**") alleges the following:

## JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(2) because the amount in controversy exceeds $75,000 and there is complete diversity of citizenship.  Hengbo is a citizen of China, and Defendant Apple, Inc. is a citizen of California.

2. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claims asserted herein occurred in this District, and because Apple, Inc.:  (a) resides in this District for purposes of 28 U.S.C. § 1391(b); (b) conducts business in this District; and (c) is subject to personal jurisdiction in this District.

## THE PARTIES

3. Plaintiff Hengbo is a limited liability company organized under the laws of China.  Its principal place of business is located at Luozhuange Industrial, Quzhou County, Handan City, HeBei Province, China 057250.  Hengbo manufactures, among other things, high purity alumina melt stock.  That stock, in turn, is used to make sapphire glass, a scratch resistant and durable form of glass used in consumer electronics, among other things.

4. Defendant Apple, Inc. is a California corporation.  Its principal place of business is located at 1 Infinite Loop, Cupertino, California 95014.  It develops and sells the Apple iPhone, among other products.

5. The true names and capacities of the defendants named herein as Does 1 through 10, whether individual, corporate, associate or otherwise, are unknown to Hengbo, which therefore sues those defendants by such fictitious names.  Hengbo is informed and believes, and thereon alleges, that each of the defendants designated as a "Doe" defendant is legally responsible for the events hereinafter alleged and legally

caused injury and damages proximately thereby to Hengbo as herein alleged. Hengbo will seek leave to amend this *Complaint* when the true names and capacities of the Doe defendants have been ascertained. Defendant Apple and these "Doe" defendants are hereinafter collectively referred to as "**Apple**".

## FACTUAL BACKGROUND

**A.** [redacted]

6. [redacted] which is attached hereto as **Exhibit A**, [redacted], which is attached hereto as **Exhibit B**, [redacted]

7. [redacted] (Ex. A, ¶ 2.)

8. [redacted] (Ex. A, ¶ 4.1.)

9. [redacted] (Ex. A, ¶ 16.)

10. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Ex. A, ¶ 4.2.)

11. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Ex. A, ¶ 4.5.) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**B.** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1  16.  ████████████████████████████
2  ████████████████████████████████
3  ████████████████████████████████
4  ████████████████

5  17.  ████████████████████████████
6  ████████████████████████

7  18.  ████████████████████████████
8  ████████████████████████████████
9  ████████████████████████

## FIRST CLAIM FOR RELIEF

### [Enforcement Of Rescission Of Contract]

19.  Hengbo incorporates herein the allegations set forth in paragraphs 1-18, above.

20.  ████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████

21.  ████████████████████████████
████████████████████████████████
████████ CAL. CIV. CODE § 1691.

22.  ████████████████████████████
████████████████████████████████████, and compensation to adjust the equities between Hengbo and Apple in an amount to be determined at trial.  CAL. CIV. CODE § 1692.

## SECOND CLAIM FOR RELIEF

### [Breach Of Contract And The Covenant Of Good Faith And Fair Dealing]

23. Hengbo incorporates herein the allegations set forth in paragraphs 1-22, above.

24. In the alternative, should the Court determine that Hengbo cannot rescind the ███ and obtain consequential damages in connection with such rescission, the ███ would be a valid contract.

25. ███

26. ███

27. ███

28. As a direct and proximate result of Apple's breach of the covenant of good faith and fair dealing implied in the ███ Hengbo was damaged in an amount to be determined at trial.

## PRAYER FOR RELIEF

Hengbo requests the following relief as a result of the unlawful acts of Apple described herein:

A. A judgment in favor of Hengbo enforcing its rescission of the ███ and awarding it monetary relief, or, in the alternative, a judgment in favor of Hengbo finding that Apple breached the ███ and awarding it damages.

B. An award to Hengbo of compensatory and consequential damages flowing from Apple's wrongful acts as described herein.

C. An order awarding Hengbo prejudgment and post-judgment interest.

D. An order awarding Hengbo its attorneys' fees and costs.

E. An order for such other and further relief as the Court may deem just and appropriate.

Dated: January 22, 2018            SHEPPARD MULLIN RICHTER & HAMPTON LLP


                                   By      /s/ *Neil A.F. Popović*
                                           NEIL A.F. POPOVIĆ

                                           Attorneys for Plaintiff
                                   PLAINTIFF HEBEI HENGBO NEW
                                   MATERIALS TECHNOLOGY CO., LTD.,
                                   F/N/A HENGBO FINE CERAMICS
                                   MATERIALS CO., LTD.

## DEMAND FOR JURY TRIAL

Plaintiff Hebei Hengbo New Materials Technology Co., Ltd., f/n/a Hengbo Fine Ceramics Materials Co., Ltd. hereby demands a jury trial on all issues triable as of right to a jury. FED. R. CIV. P. 38(b).

Dated: January 22, 2018     SHEPPARD MULLIN RICHTER & HAMPTON LLP

By     *s/ Neil A.F. Popović*
           NEIL A.F. POPOVIĆ

Attorneys for Plaintiff
PLAINTIFF HEBEI HENGBO NEW MATERIALS TECHNOLOGY CO., LTD., F/N/A HENGBO FINE CERAMICS MATERIALS CO.. LTD.