[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEBEI HENGBO NEW MATERIALS TECHNOLOGY CO., LTD., F/K/A HENGBO FINE CERAMICS MATERIALS CO., LTD., a Chinese limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>APPLE INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 5:18-cv-00468-LHK<br><br>**JOINT MEDIATION UPDATE** |

**JOINT MEDIATION UPDATE**

Plaintiff Hebei Hengbo New Materials Technology Co., Ltd. ("Plaintiff" or "Hengbo") and defendant Apple Inc. ("Apple" or "Defendant") submit this Joint Mediation Update pursuant to the Court's Order dated October 16, 2019. (Dkt. No. 94.)

The parties conducted a mediation on November 18, 2019 and continued to discuss settlement up to and including today, November 25. The parties did not reach an agreement to resolve the litigation. The parties are continuing with mediation efforts.

| | | |
|---|---|---|
| 1 | DATED:  November 25, 2019 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By  ___*/s/ Sean Pak*___
    Sean Pak (Cal. Bar. No. 219032)
      seanpak@quinnemanuel.com
    Jeff Nardinelli (Cal. Bar. No. 295932)
      jeffnardinelli@quinnemanuel.com
    50 California Street, 22nd Floor
    San Francisco, California 94111-4788
    Telephone: +1.415.875.6600
    Facsimile: +1.415.875.6700

DATED:  November 25, 2019              LATHAM & WATKINS LLP

By  ___*/s/ Melanie Blunschi*___
    Matthew Rawlinson (Cal. Bar No. 231890)
      matt.rawlinson@lw.com
    Arman Zahoory (Cal. Bar No. 306421)
      arman.zahoory@lw.com
    140 Scott Drive
    Menlo Park, California 94025
    Telephone:  +1.650.328.4600
    Facsimile:  +1.650.463.2600

    Melanie M. Blunschi (Cal. Bar No. 234264)
      melanie.blunschi@lw.com
    505 Montgomery Street, Suite 2000
    San Francisco, California 94611
    Telephone:  +1.415.391.0600
    Facsimile:  +1.415.395.8095

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Melanie Blunschi.

By: _____
      Sean S. Pak
      Attorneys for Plaintiff