UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| HEBEI HENGBO NEW MATERIALS TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No. 18-CV-00468-LHK <br><br> **ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT AS MOOT; GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL; AND SETTING STIPULATION OF DISMISSAL DEADLINE** <br><br> Re: Dkt. Nos. 95, 98, 99, 108, 110, and 118 |
|---|---|

On January 17, 2020, the parties filed a joint notice of settlement, which stated that the parties agreed to settlement terms, would draft the final settlement agreement, and jointly move to dismiss the action. ECF No. 125. In light of the settlement, the Court DENIES Apple's motion for summary judgment, ECF No. 99, as moot. The Court also DENIES Hengbo's motion for partial summary judgment, ECF No. 95-4, as moot.

The parties filed motions to seal portions of their own information and portions of the opposing party's information in the motions for summary judgment briefing and accompanying exhibits. ECF Nos. 95, 98, 108, 110, and 118. In response to these motions to seal, the non-moving parties indicated that not all of their information required sealing and could be publicly

1

Case No. 18-CV-00468-LHK
ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT AS MOOT; GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL; AND SETTING STIPULATION OF DISMISSAL DEADLINE

disclosed. *See, e.g.*, ECF Nos. 106, 116. In light of the parties' settlement of this private, contractual dispute and the fact that the Court need not reach the merits of the parties' motions for summary judgment, the Court finds that compelling reasons outweigh the general right of the public to inspect and copy public records and the public policies favoring public disclosure as to the information that both parties still seek to seal. Accordingly, the Court GRANTS the parties' motions to seal as to information both parties still seek to seal and DENIES these motions as to information for which neither party seeks sealing. ECF Nos. 95, 98, 108, 110, and 118. The parties shall refile these documents consistent with this Order by Friday, January 24, 2020.

The parties shall file their stipulation of dismissal by Friday, February 7, 2020. The February 13, 2020 pre-trial conference and March 6, 2020 trial remain as set.

**IT IS SO ORDERED.**

Dated: January 17, 2020

_____
LUCY H. KOH
United States District Judge